IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

JAMES DOCZI                            :
                                       :
            Plaintiff                  :
                                       :        Case No:    2:19-cv-00012
      v.                               :
                                       :
STONEMOR PARTNERS L.P.                 :
D/B/A HIGHLAND MEMORY                  :
GARDENS                                :
                                       :
            Defendant                  :


## NOTICE OF REMOVAL

**TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

PLEASE TAKE NOTICE that Defendant StoneMor Partners L.P., by and through its undersigned counsel, Duane Morris LLP, hereby files this Notice of Removal pursuant to 28 U.S.C. § 1441 to effect removal of this matter which was commenced in the Circuit Court of Logan County, West Virginia and designated Civil Action 18-C-250.  Defendant states that removal is proper for the following reasons:

1.      On or about December 4, 2018, Plaintiff, James Doczi filed a Summons and Complaint in the Circuit Court of Logan County, West Virginia, under docket number 18-C-250 asserting claims on behalf of himself and a putative class in excess of 25,000 plaintiffs.

2.      Plaintiff's Complaint alleges violations of the West Virginia Consumer Credit and Protection Act, § 46A-6-101 et seq., as well as violations of West Virginia Common Law for grave desecration stemming from Defendant's alleged failure to properly maintain the cemetery known as Highland Memory Gardens and gravesites situated therein.

3.     Defendant was served with original process on December 4, 2018.

4.     This court has removal jurisdiction under 28 U.S.C. § 1441, because the subject matter of the action is within the original jurisdiction of the district court pursuant to 28 U.S.C. § 1332(d).

5.     The parties to this action meet the minimal diversity requirements of 28 U.S.C. § 1332(d)(2)(A) and 28 U.S.C. § 1332(d)(10).

6.     Plaintiff James Doczi is citizen of the State of West Virginia.

7.     Defendant StoneMor Partners L.P. is a Delaware Limited Partnership with a principal place of business in Pennsylvania.  Pursuant to 28 U.S.C. § 1332(d)(10), Defendant is a citizen of Delaware and Pennsylvania.

8.     The matter in controversy exceeds $5,000,000, exclusive of interest and costs, as set forth in 28 U.S.C. 1332(d)(2).  Specifically, Plaintiff alleges that there are more than 4,000 memorial plots/gravesites.  Plaintiff further alleges that the class is expected to exceed 25,000 members.  Plaintiff's class action complaint seeks relief including a refund of monies paid to Defendant for the memorial plots/gravesites pursuant to the West Virginia Consumer Credit and Protection Act, § 46A-6-101 *et seq*, and pursuant to West Virginia common law, including but not limited to punitive damages.  This requested relief exceeds a value of $5,000,000.

9.     In accordance with 28 U.S.C. § 1446(a), attached hereto as Exhibit A is a true and correct copy of all pleadings, processes and orders filed in this action in the Circuit Court for Logan County, West Virginia, under docket number 18-C-250.

10.     A copy of this Notice of Removal is being served on all parties of record by mailing, United States first class, postage prepaid, a true and correct copy thereof to their attorneys of record or to unrepresented parties, and a copy of the original Notice of Removal will

DM1\9268118.1

be filed in the office of the Clerk of Court of the Circuit Court for Logan County, West Virginia

pursuant to 28 U.S.C. § 1446(d).

WHEREFORE, Defendant prays that this civil action be removed to this Court from the

Circuit Court for Logan County, West Virginia.

DUANE MORRIS LLP


By: *Randal M. Whitlatch*
     Randal M. Whitlatch

W.V. I.D. No. 10258

600 Grant Street, Suite 5010
Pittsburgh, PA 15219
Ph: 412/497-1000
Fx: 412/202-3330
Email: RMWhitlatch@duanemorris.com

DM1\9268118.1

<u>CERTIFICATE OF SERVICE</u>

I certify that on January 3, 2019 a true and correct copy of Defendant StoneMor Partners L.P.'s

Notice of Removal was served upon Plaintiff's counsel and all counsel of record, *via ECF filing*.


/s/ <u>*Randal M. Whitlatch*</u>