**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUNTHERN DISTRICT OF WEST VIRGINIA**

**JAMES DOCZI,**
**On behalf of himself and**
**All others similarly situated,**

**Plaintiffs,**

**v.** **Case No.: 2:19-CV-00012**

**STONEMOR PARTNERS, L.P.**
**D/B/A HIGHLAND MEMORY GARDENS,**

**Defendant.**

---

**PLAINTIFF' PURPOSED STIPULATION OF DISMISSAL PER RULE 41(a)**

---

COMES NOW, the Plaintiff, by counsel, D. Adrian Hoosier, II, and Hoosier Law Firm, PLLC, and for Plaintiffs' Stipulation of Dismissal Per Rule 41(a), states as follows:

Pursuant to Rule 41(a)(1)(A)(ii) of Federal Rules of Civil Procedure, Plaintiff dismisses his claims against Stonmor Partners, L.P., without prejudice. A plaintiff's motion under Rule 41(a)(2) for dismissal without prejudice should not be denied absent substantial prejudice to the defendant. *E.g., Kenrose Mfg. Co. v. Fred Whitaker Co.,* 512 F.2d 890, 895 (4th Cir.1972). There is no "substantial prejudice" to Defendant herein. *Rollison v. Washington National Ins. Co.,* 176 F.2d 364 (4th Cir.1949) (dismissal without prejudice not proper where plaintiff sought to dismiss after complaint had been amended three times, a trial date set, and a jury sworn, and the trial judge had decided that plaintiff had not stated a claim); *Young v. John McShain, Inc.,* 130 F.2d 31 (4th Cir.1942) (proper

to deny motion to dismiss made when case was already at trial and plaintiff had admitted that the claims sought to be dismissed were without merit), compare, *Southern Ry. v. Chapman,* 235 F.2d 43 (4th Cir.1956) (defendant had merely filed a motion for transfer); *Holiday Queen Land Corp. v. Baker,* 489 F.2d 1031 (5th Cir.1974) (motion filed just four months after defendant joined as party, defendant having participated in little or no discovery and incurred "a minimum of expense"). Here no schedule order is being followed, no discovery has taken place, and no trial date has been set.

Wherefore, Plaintiff respectfully request that this Court enter and Order Granting Plaintiff's Stipulation of Dismissal, Without Prejudice.

Prepared by:

Respectfully Submitted,
James Doczi, on behalf of themselves,
and all others similarly situated, by Counsel:

______________________________
D. Adrian Hoosier, II (WV Bar No. 10013)
HOOSIER LAW FIRM, PLLC
2306 ½ Kanawha Blvd., East
Charleston, WV 25311
Telephone: (681) 265-5000
Facsimile: (681) 265-5001

Agreed:

______________________________

**Randal M. Whitlatch**
DUANE MORRIS
600 Grant St., Suite 5010
Pittsburgh, PA 15219
412-497-1000

**CERTIFICATE OF SERVICE**

I, D. Adrian Hoosier, II, counsel for the above named Plaintiffs do hereby certify that I have sent the foregoing Plaintiffs' Motion for Extension of Time to File Response to Defendant's Motion to Dismiss to Counsel for the Defendant, via CM/EC, on this the 24th day of January, 2019:

**Randal M. Whitlatch**
DUANE MORRIS
600 Grant St., Suite 5010
Pittsburgh, PA 15219
412-497-1000

______________________
D. Adrian Hoosier, II, Esq.